UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:10-CR-62-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER ROBERT WIGGINS | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Motion

to Continue Sentencing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file

under seal said Motion to Continue Sentencing.

This 24 day of September, 2010.

_____
DISTRICT COURT JUDGE