UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:10-CR-62-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER ROBERT WIGGINS, | ) | |
|    Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that his Fifth Motion to Continue Sentencing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal said Fifth Motion to Continue Sentencing.

This 26 day of July, 2011.

_____
DISTRICT COURT JUDGE